UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT EDWARD BLUEFORD, | No. 2:22-cv-00230 WBS DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PILAR BATTAGLINI, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 22, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 9.) Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2022 (ECF No. 9), are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of Court is directed to close this case.

Dated: November 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/blue0230.800